UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ERWIN PEARL, INC. and <br> ARMBRUST INTERNATIONAL, LTD <br>     Plaintiffs, <br><br> v. <br><br> THOSE CERTAIN INTERESTED <br> UNDERWRITERS AT LLOYD'S <br> LONDON subscribing to CERTIFICATE <br> OF INSURANCE <br> NUMBER B1262SS0140417/2764, <br>     Defendants. | C.A. No. 19-cv-00045-WES-PAS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41, plaintiffs, Erwin Pearl, Inc. and Armbrust International, Ltd. and defendants, Those Interested Underwriters who subscribed to the contract/policy of insurance numbered B1262SS0140417/2764, by and through their respective counsel, do hereby stipulate and agree that the parties have entered into a binding settlement agreement and that all claims asserted by the parties in the above-identified action shall be dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

Partridge Snow & Hahn LLP

By: /s/ Steven E. Snow
    Steven E. Snow
    40 Westminster Street, Suite 1100
    Providence, RI 02903
    Tel. (401) 861- 8200

    *Attorneys for Plaintiffs*

Pierce Atwood LLP

By: /s/ Michael J. Daly
    Michael J. Daly
    One Financial Plaza
    Providence, RI 02903
    Tel: (401) 490-3424

    *Attorneys for Defendants*

12384953.1